**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE, Individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHEC, LLC<br><br>Defendant. | Case No. 3:24-cv-00102<br><br>Judge Aleta A. Trauger |

# ORDER

Having considered the Parties' Stipulated Motion to Transfer Venue, the Court finds that venue is appropriate in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a) and that transfer to that District will advance the convenience of the parties and witnesses, the interests of justice, and judicial economy because the Consolidated Action is pending within that District, which is likely to concern substantially the same parties, property, transaction, or event as alleged in this action.

It is **HEREBY ORDERED** that:

1. The Stipulated Motion to Transfer Venue is **GRANTED**.

2. The Clerk of Court is directed to transfer this case to the United States District Court for the District of New Jersey under 28 U.S.C. § 1404(a).

3. All dates on this Court's calendar for this action shall be withdrawn in light of the transfer.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Aleta A. Trauger
United States District Judge